[No. 70422-2-I.  Division One.  December 22, 2014.]

HANNAH JONES, *Appellant*, v. REGENCY PACIFIC, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-21303-1, Richard D. Eadie, J., entered May 1, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.

[No. 70713-2-I.  Division One.  December 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-09570-6, Bruce E. Heller, J., entered July 31, 2013. *Reversed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 70738-8-I.  Division One.  December 22, 2014.]

JEFF KIRBY ET AL., *Appellants*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-37206-3, Michael Hayden, J., entered July 8, 2013. *Affimed* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ. Now published at 185 Wn. App. 706.

[No. 70746-9-I.  Division One.  December 22, 2014.]

GEORGE LIGHTNER, *Appellant*, v. CHAD SHOEMAKER ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-2-00411-9, Charles R. Snyder, J., entered June 7, 2013. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler and Leach, JJ.